Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| TERESITA C. RIERA CARRIÓN<br><br>Recurrida<br><br>v.<br><br>JUAN C. ALBORS LAHONGRAIS<br><br>Peticionario | KLCE202400896 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Bayamón<br><br>Caso Núm. SJ2021CV03041<br><br>Sobre: Liquidación de Comunidad de Bienes |

Panel integrado por su presidente el Juez Bermúdez Torres, la Jueza Grana Martínez y la Jueza Santiago Calderón

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 22 de agosto de 2024.

Considerado el *Recurso de Certiorari*, presentado por la parte peticionaria, Sr. Juan C. Albors Lahongrais, el 16 de agosto de 2024, denegamos su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1[1].

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
**Al denegar la expedición de un recurso de certiorari en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador

RES2024_____